UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**STATE OF FLORIDA,**

    **Plaintiff,**

**v.**                                                       **Case No.  5:24-cv-150-TKW-MJF**

**CHRISTOPHER COTTRELL,**

    **Defendant.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 3). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be remanded to the state court. Additionally, because this case was the second time that Defendant attempted to remove the same state criminal case to this Court, the Clerk will be directed not to accept any further pro se filings from Defendant seeking to remove that case to this Court.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's notice of removal of Bay County Circuit Court Case No. 2022-CF-1460 is **DISMISSED**.

3. This case is **REMANDED** to the Circuit Court, Fourteenth Judicial Circuit, Bay County, Florida.

4. The Clerk shall not accept further pro se filings from Defendant seeking to remove Bay Circuit Court Case No. 2022-CF-1460 to this Court.

5. The Clerk shall take all steps necessary to effectuate the remand and then close the case file.

**DONE and ORDERED** this 12th day of August, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**